IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| LINDA D. MANZEY, ) | |
| Plaintiff, ) | |
| ) | |
| ) Civil No. | 06-6082 |
| v. ) | |
| ) | |
| ) | |
| ) | |
| DEPARTMENT OF VETERAN'S ) | |
| AFFAIRS OF THE UNITED STATES OF ) | |
| AMERICA, ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Now on this 22 day of May, 2008, comes on for consideration the above-styled case,

IT APPEARING to the Court that the matter has been settled, counsel for all parties having so advised the Court, it is ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty days from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED.

_____
HONORABLE ROBERT T. DAWSON
U.S. DISTRICT JUDGE

/s/ James S. Street

_____
James S. Street
Attorney for Plaintiff

/s/ Mark W. Webb

_____
Mark W. Webb
Assistant U.S. Attorney

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 2 2 2008

BY      CHRIS R. JOHNSON, CLERK

         DEPUTY CLERK