UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LINDA D. MANZEY                                              PLAINTIFF

V.                      CASE NO. 06CV6082

DEPARTMENT OF VETERANS
AFFAIRS OF THE UNITED
STATES OF AMERICA                                           DEFENDANT

MUNRO & COMPANY, INC.                  INTERVENOR/CROSS-CLAIMANT

ORDER

On this 2nd day of September 2010, there comes on for
consideration the report and recommendation filed in this case
on August 4, 2010, by the Honorable Barry A. Bryant, United
States Magistrate for the Western District of Arkansas. (Doc.
57).   No objections were filed to the report and
recommendation.

The court has reviewed this case and, being well and
sufficiently advised, finds as follows:  The report and
recommendation is proper and should be and hereby is adopted in
its entirety.  Accordingly, Munro & Company's Motion for
Summary Judgment (doc. 48) is GRANTED, and Munro is awarded
$76,195.03 from the settlement proceeds along with any incurred
interest.  The U.S. District Clerk is directed to pay Munro &
Company $65,000.00 out of the court's registry, and Plaintiff
is directed to pay Munro & Company $11,195.03 out of the
settlement proceeds.

Also before the Court is Munro & Company, Inc.'s Motion

**AO72A**
**(Rev. 8/82)**

for Attorneys Fees, Costs and Pre-Judgment Interest (doc. 58).
The Court finds that this motion should be and hereby is
referred to United States Magistrate Judge Barry A. Bryant for
disposition or recommendation, whichever is appropriate.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge